:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

AFTER RECORDATION, RETURN BY MAIL ( ) PICK-UP ( )

THIS DOCUMENT CONTAINS _____ PAGES

TITLE OF DOCUMENT:

RELEASE OF MORTGAGE TO SECURE OBLIGATION

PARTIES TO DOCUMENT:

Mortgagor:      CHARLES YUJIN FUJIMOTO, unmarried, and JANET TEIKO
                FUJIMOTO, wife of Gary Tsuneto Fujimoto

Mortgagee:      THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
                THE DISTRICT OF HAWAII
                300 Ala Moana Boulevard, Honolulu, Hawaii 96813

PROPERTY DESCRIPTION:      : LIBER/PAGE/DOCUMENT NO.:  N/A
                           :
                           : LAND COURT DOCUMENT NO.:
                           :    3089418
                           : TRANSFER CERTIFICATE OF
                           :   TITLE NO(S).: 362,428

Tax Map Key: (1) 6-7-12-42

- 2 -

## RELEASE OF MORTGAGE TO SECURE OBLIGATION

KNOW ALL MEN BY THESE PRESENTS:

That THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, the Mortgagee named in that certain Mortgage to Secure Obligation dated March 25, 2004, hereinafter called the "Mortgagee", executed by CHARLES YUJIN FUJIMOTO, unmarried, and JANET TEIKO FUJIMOTO, wife of Gary Tsuneto Fujimoto, as Mortgagor, hereinafter called the "Mortgagor", recorded in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 3089418, and duly noted on Transfer Certificate of Title No. 362,428, in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration to Mortgagee paid by said Mortgagor, receipt whereof is hereby acknowledged, does hereby cancel and discharge said Mortgage and forever release all of the estate and interest acquired by Mortgagee under the terms of said Mortgage in the property therein described.

(The remainder of this page has intentionally been left blank)

~2690522.doc

- 3 -

IN WITNESS WHEREOF, the Mortgagee has executed these presents this __22nd__ day of _____June_____, 20__07__.

                        [Type name:]      _____
                                                  THE CLERK OF THE UNITED STATES
                                                  DISTRICT COURT FOR THE
                                                  DISTRICT OF HAWAII

                                                                           "Mortgagee"

STATE OF HAWAII            )
                           ) SS.
CITY and COUNTY OF HONOLULU )

On this _22nd_ day of _June_, 20_07_, before me personally appeared _Sue Beitia, Clerk of Court_, to me personally known, who being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

Print
Name: _Eileen Chun Sakoda_
Notary Public, State of Hawaii

My commission expires: _3-20-2008_

-2690622.doc

- 4 -